IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELIZABETH THORNHILL                                                                    PLAINTIFF

VS.                              NO.  4:10-CV-1564 SWW

LAW OFFICE OF STEPHEN P. LAMB                                                DEFENDANT

## ANSWER

NOW COMES the Defendant, LAW OFFICE OF STEPHEN P. LAMB, by and through its attorney, Mac Golden, and for its Answer to the Complaint of Plaintiff, ELIZABETH THORNHILL, states as follows:

1. Defendant admits paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27. 28, 29, 30, 31, 32, and 33.

2. Paragraph 34 states a legal conclusion, and Defendant denies paragraph 34.

3. Paragraph 35 and its sub-parts state legal conclusions, and Defendant denies paragraph 35 and its sub-parts.

4. Paragraph 36 states a legal conclusion, and Defendant denies paragraph 36.

5. Defendant submits that based on its admissions, only issues of law remain and accordingly, a jury trial is unnecessary.

6. Defendant admits and agrees to statutory damages in the amount of $1,000.00 plus reasonable attorney fees and actual costs..

7. Defendant disputes the award of any compensatory damages or any other relief.

                       Respectfully submitted,
                       LAW OFFICE OF STEPHEN P. LAMB

BY: _____ DATE: 11-29-10
                       Mac Golden, Ark. Bar. No. #97156

Attorney for Defendant

PO Box 1027 or 85 Pineview

Beebe, AR 72012

(501)882-9900, FAX (501)882-9901

slamblaw@sbcglobal.net


### CERTIFICATE OF SERVICE

I do hereby certify that I mailed a copy of the above and foregoing instrument to David M. Marco, LARRY P. SMITH & ASSOCIATES, LTD., 205 North Michigan Ave., 40th Floor, Chicago, IL 60601, by Certified United States Mail on November 29, 2010.

_____
MAC GOLDEN, #97156