IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH THORNHILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01564 SWW |
| | * | |
| LAW OFFICE OF STEPHEN P. LAMB, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## **ORDER**

Before the Court is the parties' stipulation of dismissal. The parties ask the Court to dismiss the case without prejudice at this time and then, if neither party moves for reinstatement or the case is not be reinstated within 45 days, the dismissal will automatically convert to a dismissal with prejudice.

The Court declines to dismiss the case at this time. The Court will enter an Order of Dismissal with prejudice forty-five days from the date of entry of this Order unless the parties notify the Court that case is not fully settled.

DATED this 2nd day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE