IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH THORNHILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01564 SWW |
| | * | |
| LAW OFFICE OF STEPHEN P. LAMB, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal filed on December 7, 2010 [docket entry 4], and the Court's Order dated February 2, 2011 [docket entry 5], the Court hereby dismisses this complaint with prejudice.

DATED this 22nd day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE